932

No. 97–126.  MATTERN v. EASTMAN KODAK CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–172.  PHILLIPS ET AL. v. BOROUGH OF KEYPORT ET AL. C. A. 3d Cir.  Certiorari denied.

No. 97–280.  WILLIAMSON ET VIR v. LIBERTY NATIONAL LIFE INSURANCE CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 97–295.  SMITH ET VIR v. HARTFORD INSURANCE GROUP ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 97–310.  WEINBERGER, ADMINISTRATOR OF THE ESTATE OF WEINBERGER, DECEASED v. WISCONSIN ET AL.  C. A. 7th Cir. Certiorari denied.

No. 97–311.  GILBARCO, INC. v. OCTEL COMMUNICATIONS CORP. C. A. Fed. Cir.  Certiorari denied.

No. 97–312.  CUNNINGHAM v. SCHLUMBERGER WELL SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 97–313.  GUTHMANN, ADMINISTRATOR OF THE ESTATE OF GUTHMANN, DECEASED v. CROUSE IRVING MEMORIAL HOSPITAL ET AL.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 97–318.  WEST, A MINOR CHILD BY AND THROUGH HER PARENT AND NEXT FRIEND, NORRIS v. WAYMIRE ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 97–319.  CHEZ SEZ VIII, INC., T/A UNITED VIDEO ET AL. v. VERNIERO, ATTORNEY GENERAL OF NEW JERSEY, ET AL. Super. Ct. N. J., App. Div.  Certiorari denied.

No. 97–323.  LAPIDUS v. VANN ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 97–324.  GUIDO ET UX., DBA EAST SIDE FLOOR AND WALL v. CITY OF FAIRMONT.  Cir. Ct. Marion County, West Virginia. Certiorari denied.